
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FIESTA CATERING INTERNATIONAL, )
INC., (Anguilla); CYTEK, LTD.; KAMPARRI )
TRADING LIMITED; )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Transfer-Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　)  CASE NO.: 1:12-cv-01419
v. 　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)  * Transferred from the U.S. District Court
MATCH.COM, L.L.C. 　　　　　　　　　　　)  for the Southern District of Florida.
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED.R.CIV.P. 41

Transferred Plaintiffs, Kamparri Trading Limited ("Kamparri"), Fiesta Catering International, Ltd. ("Fiesta Anguilla") and Cytek, Ltd. ("Cytek") (collectively, the "transfer-Plaintiffs") are making a limited appearance and preserving all objections and defenses to personal jurisdiction so that they may, pursuant to Rule 41 of the Federal Rules of Civil Procedure, respectfully and voluntarily dismiss this action.

On today's date, December 11, 2012, the United States District Court for the Southern District of Florida (the "Florida court") entered an Order (DE 17), which—despite *transfer-Plaintiff's opposition*—granted Match.Com L.L.C.'s motion to stay, dismiss or transfer the transfer-Plaintiffs' declaratory judgment action that had been pending in the Florida court. Thus, the transfer-Plaintiffs are involuntarily before this Court in this action having

Case No. 1:12-cv-01419. Match.Com, L.L.C. has not has not filed or served an Answer to transfer-Plaintiff's Complaint. Likewise, Match.Com, L.L.C. has not has not filed or served a Motion for Summary Judgment in this matter.

Therefore, in light of the aforementioned involuntary transfer and in accordance with Rule 41 of the Federal Rules of Civil Procedure, the transfer-Plaintiffs hereby dismiss Eastern District of Virginia Case no. 1:12-cv-01419.

Dated: December 11, 2012

Respectfully submitted,

By: /s Thomas Murphy
Thomas Murphy / Va. Bar no. 44386
e-mail: tmurphy@dclawfirm.com
Robert E. Greenberg
e-mail: rgreenberg@dclawfirm.com
FRIEDLANDER MISLER, PLLC
5335 Wisconsin Avenue, NW
Suite 600
Washington, DC 20015
Telephone: (202) 872-0800
Facsimile: (202) 857-8343

*Local counsel on behalf of:*

FELDMAN GALE, P.A.
Jeffrey D. Feldman /
e-mail: jfeldman@feldmangale.com
Susan J. Latham /
e-mail: slatham@feldmangale.com
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309
*Counsel for Transfer-Plaintiffs*

So Ordered

/s/ 12/13/12
T. S. Ellis, III
United States District Judge

2